AO 245B-CAED (Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**ADRIAN M. JIMENEZ**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **2:12MJ00119-001**

Linda Harter, Chief Assistant Federal Defender
Defendant's Attorney

## THE DEFENDANT:

[✔]  pleaded guilty to count: 2 of the Information .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13 and C.V.C. § 12500(a) | Driving Without a Valid License | 12/29/2011 | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔]  Count 1 of the Information  is dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[✔]  Appeal rights given.          [ ]          Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

06/05/2012
Date of Imposition of Judgment

Signature of Judicial Officer

**EDMUND F. BRENNAN**, United States Magistrate Judge
Name & Title of Judicial Officer

June 7, 2012G
Date

AO 245B-CAED (Rev. 09/2011) Sheet 4 - Probation

CASE NUMBER:      2:12MJ00119-001                                    Judgment - Page 2 of 4
DEFENDANT:        ADRIAN M. JIMENEZ

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>1 year</u>.  Court Probation to terminate after one year or upon full completion of community service, possession of a valid driver's license, and payment of the special assessment.

# SPECIAL CONDITIONS OF SUPERVISION

1.    The defendant shall complete 50 hours of unpaid community service as approved by the United States Attorney's Office.  Community service shall be completed by 08/06/2012.

2.    The defendant shall obtain a valid driver's license and provide proof to the United States Attorney's Office within six (6) months of sentencing.

3.    The defendant shall pay a special assessment of $10.00.

4.    The defendant shall not commit another federal, state, or local crime.

5.    The defendant shall notify the United States Attorney's Office within seventy-two hours of being arrested.

6.    The defendant shall notify the United States Attorney's Office ten days prior to any change in residence.

| | | Judgment - Page 3 of 4 |
|---|---|---|
| CASE NUMBER: | 2:12MJ00119-001 | |
| DEFENDANT: | ADRIAN M. JIMENEZ | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 10.00 | $ | $ |

[ ] The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| TOTALS: | $ __ | $__ | |

[] Restitution amount ordered pursuant to plea agreement $ __

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ] The interest requirement is waived for the    [ ] fine    [ ] restitution

[ ] The interest requirement for the    [ ] fine [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter
and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter
and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 09/2011) Sheet 6 - Schedule of Payments

CASE NUMBER:        2:12MJ00119-001                                    Judgment - Page 4 of 4
DEFENDANT:          ADRIAN M. JIMENEZ

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A      [ ]   Lump sum payment of $ __ due immediately, balance due

       [ ]           not later than __ , or
       [ ]           in accordance with        [ ] C,     [ ] D,     [ ] E, or          [ ] F below; or

B      [✔]            Payment to begin immediately (may be combined with      [ ] C,     [ ] D, or [ ] F below); or

C      [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __
             (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D      [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __
             (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to
             a term of supervision; or

E      [ ]   Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after
             release from imprisonment.  The court will set the payment plan based on an assessment of the
             defendant's ability to pay at that time; or

F      [ ]   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of
criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those
payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are
made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary
penalties imposed.

[ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount,
Joint and Several Amount, and corresponding payee, if appropriate:

[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine
principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court
costs.