BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN JIMENEZ,<br><br>    Defendant. | 2:12-mj-00119-EFB<br><br>[~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TERM OF COURT PROBATION<br><br>DATE: June 5, 2013<br>TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

It is hereby ordered that Defendant's term of court probation, scheduled to terminate on June 5, 2013, be extended for a period of three months. It is further ordered that Defendant's extended term of court probation be set to terminate on September 5, 2013.

IT IS SO ORDERED.

Dated: June 4, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE